TRINA A. HIGGINS, United States Attorney (#7349)
BRYAN N. REEVES, Assistant United States Attorney (DC#994799)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, UT  84111-2176
Telephone:  (801) 524-5682  •  Facsimile:  (801) 524-3399

FILED
2024 JUN 3
CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | INFORMATION |
| Plaintiff, | : | |
| | | VIO. 8 U.S.C. § 1326 |
| vs. | : | |
| | | (REENTRY OF A PREVIOUSLY |
| LORENZO PIMENTEL-CARLOS, | : | REMOVED ALIEN) |
| | | Case: 1:24−cr−00030 |
| Defendant. | : | Assigned To : Campbell, Tena |
| | | Assign. Date : 6/3/2024 |
| | | Description: USA v Pimentel−Carlos |

The United States Attorney charges:

COUNT I

On or about October 7, 2023, in the District of Utah,

LORENZO PIMENTEL-CARLOS,

the defendant herein, an alien who on or about January 21, 2012, August 20, 2011, and December 14, 2006, was excluded, removed, and deported from the United States, did knowingly reenter and was found in the United States in the District of Utah, having not obtained the consent of the Secretary of the United States Department of Homeland

Security to reapply for admission into the United States; all in violation of Title 8, United States Code, Section 1326.

DATED this 3rd day of June, 2024.

TRINA A. HIGGINS
United States Attorney

BRYAN N. REEVES
Assistant United States Attorney